1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   REBECCA A. HULL Bar No. 99802
2  MICHAEL N. WESTHEIMER Bar No. 178938
   One Market Plaza
3  Steuart Tower, 8th Floor
   San Francisco, California 94105
4  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
5  rebecca.hull@sdma.com
   michael.westheimer@sdma.com
6  tara.riedley@sdma.com

7  Attorneys for Defendant
   METROPOLITAN LIFE INSURANCE COMPANY
8

9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12

13  MARY L. FELICIANO,                    CASE NO. C 06-05458 SI

14        Plaintiff,                      STIPULATION AND [PROPOSED]
                                          ORDER FOR DISMISSAL OF STATE
15    v.                                  LAW CLAIMS AND FILING OF
                                          AMENDED COMPLAINT UNDER ERISA
16  METROPOLITAN LIFE INSURANCE
    COMPANY,
17
          Defendant.
18

19
         WHEREAS plaintiff Mary L. Feliciano filed this action in California Superior Court,
20
    pleading causes of action only under California state law;
21
         WHEREAS, defendant Metropolitan Life Insurance Company filed a Notice of Removal
22
    removing the action to this Court on grounds that plaintiff's causes of action all pertain to a claim
23
    for benefits under an employee welfare benefit plan and are preempted by the Employee
24
    Retirement Income Security Act ("ERISA"), 29 U.S.C. section 1001, et seq.;
25
         WHEREAS, the parties agree that under the facts and evidence presently known plaintiff's
26
    causes of action under California state law are preempted by ERISA, and
27
         WHEREAS, the parties wish to avoid the time and expense of a motion by the defendant
28

-1-
STIPULATION AND [PROPOSED] ORDER RE AMENDMENT OF COMPLAINT

1 to dismiss under Rule 12(b) of the Federal Rules of Civil Procedure and a motion by the plaintiff
2 to remand under 28 U.S.C. section 1447;
3     NOW, THEREFORE, the parties hereby stipulate and agree that plaintiff dismisses her
4 causes of action presently pled under California state law, and shall file an amended complaint
5 under ERISA not later than February 2, 2007, and defendant shall file its responsive pleading
6 within 20 days of the date of service of such amended complaint. Plaintiff reserves the right to
7 seek leave of Court to further amend her pleadings in the event such amendment appears to be
8 warranted by facts or evidence later discovered.

9 DATED: January 12, 2007     Law Offices of Stephen M. Feurch

By: _____
Stephen M. Feurch
Attorneys for Plaintiff
Mary L. Feliciano

DATED: January 12, 2007     SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
Rebecca A. Hull
Michael N. Westheimer
Attorneys for Defendant
Metropolitan Life Insurance Company

**ORDER**

Based upon the parties' stipulation, and good cause appearing, IT IS SO ORDERED.

Dated: _____

_____
Hon. Susan Illston
United States District Judge