1  STEPHEN M. FUERCH, ESQ. (SB #65864)
   LAW OFFICES OF STEPHEN M. FUERCH
2  A Professional Corporation
   7901 Stoneridge Drive, Suite 401
3  Pleasanton, California 94588
   Telephone: (925) 463-1073
4  Facsimile: (925) 463-2937

5  Attorney for Plaintiff
   MARY L. FELICIANO
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 MARY L. FELICIANO,                )
                                     ) Case No.: C06-05458 SI
12         Plaintiff,                )
       vs.                           ) **STIPULATION AND PROPOSED**
13                                   ) **ORDER TO CONTINUE CASE**
   METROPOLITAN LIFE                 ) **MANAGEMENT CONFERENCE**
14 INSURANCE COMPANY,                )
                                     ) Date:       3/2/07
15         Defendant.                ) Time:       2:00 p.m.
                                     ) Courtroom:  10, 19th Floor
16                                   ) Judge:      Hon. Susan Illston
                                     )
17                                   )
                                     )
18 _____)

19     WHEREAS, plaintiff filed her First Amended Complaint naming defendants GREAT WESTERN

20 FINANCIAL CORPORATION LONG TERM DISABILITY PLAN, WASHINGTON MUTUAL AND

21 WASHINGTON MUTUAL LONGER TERM DISABILITY PLAN on February 2, 2007, and

22     WHEREAS plaintiff is in the process of arranging service on the newly named defendants and

23 awaiting word from defense counsel whether she has authority to accept service,

24 /

25 //

26 /

27 //

28 ///

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

- 1 -

NOW, THEREFORE, IT IS HEREBY STIPULATED between the parties that the case management conference scheduled for March 2, 2007 shall be continued to Friday, June 1, 2007, at 2:00 2:30 p.m., in Courtroom 10, 19th Floor, of the above-entitled court.

DATED: March 1, 2007.

          LAW OFFICES OF STEPHEN M. FUERCH
          A Professional Corporation


By:_____
    Stephen M. Fuerch
    Attorney for Plaintiff Mary L. Feliciano

DATED: March 1, 2007.

          SEDGWICK, DETERT, MORAN & ARNOLD

By:_____
    ~~Rebecca A. Hull~~ Michael N. Westheimer
    Attorney for Defendant Metropolitan Life
    Insurance Company

## ORDER

Based on the stipulation between the parties,

IT IS HEREBY ORDERED that the case management conference in the above-captioned matter is continued to June 1, 2007, at 2:00 p.m., in Courtroom 10, 19th Floor of the above-entitled court, or to such other date and time as set by the court.

DATED: March _____, 2007.

_____
Hon. Susan Illston
United States District Judge

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

- 2 -