IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARY L. FELICIANO,

        Plaintiff,

v.

METROPOLITAN LIFE INS. CO.,

        Defendant.

                                 /

No. C 06-05458 SI

**PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>N/A</u> at <u>2:30 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>September 7, 2007</u>.

DESIGNATION OF EXPERTS: <u>    </u>; REBUTTAL: <u>   </u>.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>September 7, 2007</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>September 7, 2007</u>;
    Opp. Due/Cross Mo. <u>September 21, 2007</u>, ; Reply Due/Oppo <u>October 5, 2007</u>
    Final Reply <u>October 12, 2007</u>;

 and set for hearing no later than <u>October 26, 2007</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>November 13, 2007</u> at <u>3:30 PM</u>.

COURT TRIAL DATE: <u>November 26, 2007</u> at <u>8:30 AM.</u>,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be <u>four</u> days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The parties have agreed to participate in private mediation by 8/10/07. Counsel shall inform the Court of the mediator and the date of the session.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:                                                                           _____
                                                                          SUSAN ILLSTON
                                                                          United States District Judge