STEPHEN M. FUERCH, ESQ. (SB #65864)
LAW OFFICES OF STEPHEN M. FUERCH
A Professional Corporation
7901 Stoneridge Drive, Suite 401
Pleasanton, California 94588
Telephone: (925) 463-1073
Facsimile: (925) 463-2937

Attorney for Plaintiff
MARY L. FELICIANO


SEDGWICK, DETERT, MORAN & ARNOLD LLP
REBECCA A. HULL  Bar No. 99802
MICHAEL N. WESTHEIMER  Bar No. 178938
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
Email: rebecca.hull@sdma.com
       michael.westheimer@sdma.com

Attorneys for Defendants
GREAT WESTERN FINANCIAL CORPORATION EMPLOYEE
WELFARE PLAN; WASHINGTON MUTUAL BANK; and
WASHINGTON MUTUAL. INC. FLEXIBLE BENEFITS PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY L. FELICIANO, | Case No.: C06-05458 SI |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO COMPLETE MEDIATION, AND FOR BRIEFING AND HEARING OF SUMMARY JUDGMENT CROSS-MOTIONS** |
| vs. | |
| GREAT WESTERN FINANCIAL CORPORATION LONG TERM DISABILITY PLAN, et al., | |
| Defendants. | |

WHEREAS, at the case management conference ("CMC") on June 1, 2007 in the above action, which arises under the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. § 1001 et seq., the Court directed plaintiff Mary Feliciano and defendants Great Western Financial Corporation Employee

**STIP AND PROPOSED ORDER EXTENDING TIME**

- 1 -

Welfare Plan, Washington Mutual Bank and Washington Mutual, Inc. Flexible Benefits Plan (collectively, "the parties"), to complete private mediation by August 10, 2007;

WHEREAS, at the CMC on June 1, 2007 the Court further set a briefing schedule and hearing date for summary judgment cross-motions in which defendants' opening motion brief is due on September 7, 2007, plaintiff's combined motion opposition and opening cross-motion brief is due on September 21, 2007, defendants' combined cross-motion opposition and motion reply brief is due October 5, 2007, plaintiff's cross-motion reply brief is due October 12, 2007, and a hearing is set at 9:00 a.m. on October 26, 2007;

WHEREAS, the parties (through counsel) diligently attempted to schedule the mediation but had difficulty selecting a mutually agreeable mediator, and had multiple discussions regarding a variety of mediators before finally agreeing on David Meadows;

WHEREAS, due to press of business and vacation schedules, the earliest date that is mutually available for the parties, their counsel and Mr. Meadows is in early October 2007, and the parties have tentatively agreed on a mediation date of October 10, 2007;

WHEREAS, in the interest of judicial economy and conserving the resources of the parties and the Court, the parties wish to participate in the mediation before incurring the time and expense of preparing and filing opening briefs for cross-motions for summary judgment;

WHEREAS, none of the parties will be prejudiced by extension of the deadlines for completing mediation and for briefing and hearing of summary judgment cross-motions;

WHEREAS, the parties will endeavor in good faith to attempt resolution of this dispute at the mediation, and are concerned that the possibility of a successful mediation will be reduced if their litigation expenses are increased by their preparation and filing of summary judgment briefs prior to the mediation;

NOW, THEREFORE, the parties hereby stipulate to and mutually request that the Court grant an extension of the deadline for completing mediation to October 10, 2007, and grant an extension of the briefing schedule and hearing date for summary judgment cross-motions so that defendants' opening motion brief is due on October 19, 2007, plaintiff's combined motion opposition and opening cross-motion brief is due on November 2, 2007, defendants' combined cross-motion opposition and motion reply brief is

STIP AND PROPOSED ORDER EXTENDING TIME

- 2 -

due November 16, 2007, plaintiff's cross-motion reply brief is due November 30, 2007, and a hearing is set at 9:00 a.m. on December 14, 2007.

Dated: September 4, 2007        Law Offices of Stephen M. Fuerch

                                By: _____
                                Stephen M. Fuerch
                                Attorneys for Plaintiff,
                                Mary L. Feliciano

Dated: September 4, 2007        SEDGWICK, DETERT, MORAN & ARNOLD LLP

                                By: _____
                                Rebecca A. Hull
                                Michael N. Westheimer
                                Attorneys for Defendants,
                                Great Western Financial Corporation Employee Welfare Plan; Washington Mutual Bank; and Washington Mutual, Inc. Flexible Benefits Plan

Good cause appearing, IT IS HEREBY ORDERED that deadline for completing mediation in the above action is extended to October 10, 2007, the briefing schedule and hearing date for summary judgment cross-motions is extended so that defendants' opening motion brief is due on October 19, 2007, plaintiff's combined motion opposition and opening cross-motion brief is due on November 2, 2007, defendants' combined cross-motion opposition and motion reply brief is due November 16, 2007, plaintiff's cross-motion reply brief is due November 30, 2007, and a hearing is set at 9:00 a.m. on December 14, 2007.

IT IS SO ORDERED.

DATED:_____

                                _____
                                Hon. Susan Illston
                                United States District Judge

The November 13, 2007 pretrial conference and the November 26, 2007 trial is vacated. A further case management conference will be scheduled to occur on Friday, Decmeber 14, 2007, at 2:30 p.m.

STIP AND PROPOSED ORDER EXTENDING TIME

- 3 -