1   LAW OFFICES OF STEPHEN M. FUERCH
    STEPHEN M. FUERCH Bar No. 65864
2   7901 Stoneridge Drive, Suite 401
    Pleasanton, CA 94588
3   Telephone: (925) 463-1073
    Facsimile: (925) 463-2937
4
    Attorneys for Plaintiff
5   Mary Feliciano

6
    SEDGWICK, DETERT, MORAN & ARNOLD LLP
7   REBECCA A. HULL  Bar No. 99802
    MICHAEL N. WESTHEIMER Bar No. 178938
8   One Market Plaza
    Steuart Tower, 8th Floor
9   San Francisco, California 94105
    Telephone: (415) 781-7900
10   Facsimile: (415) 781-2635
    Email: rebecca.hull@sdma.com
11   Email: michael.westheimer@sdma.com

12   Attorneys for Defendants
    Great Western Financial Corporation Employee
13   Welfare Plan; Washington Mutual Bank; and
    Washington Mutual. Inc. Flexible Benefits Plan
14

15                   UNITED STATES DISTRICT COURT

16                 NORTHERN DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| 18   MARY L. FELICIANO, | CASE NO. C 06-05458 SI |
| 19         Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| 20       v. | |
| 21   GREAT WESTERN FINANCIAL | [F.R.C.P. 41(a)(1)] |
|     CORPORATION LONG TERM | |
| 22   DISABILITY PLAN, WASHINGTON | |
| 23   MUTUAL, AND WASHINGTON MUTUAL LONG TERM DISABILITY | |
| 24   PLAN, | |
| 25         Defendants. | |

26       IT IS HEREBY STIPULATED by and between the parties to this action, through their

27   respective counsel of record, that the above-captioned action be and hereby is dismissed with

28   prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and that each party

STIPULATION OF DISMISSAL WITH PREJUDICE

1     shall bear her or its own costs and attorneys' fees.

2     DATED: October 31, 2007      LAW OFFICES OF STEPHEN M. FUERCH

3

4                                  By: _____

5                                    Stephen M. Fuerch
                                    Attorneys for Plaintiff

6                                     MARY FELICIANO

7

8     DATED: October 31, 2007      SEDGWICK, DETERT, MORAN & ARNOLD LLP

9

10

11                               By: _____
                                    Rebecca A. Hull

12                                     Michael N. Westheimer
                                    Attorneys for Defendants

13                                     GREAT WESTERN FINANCIAL CORPORATION
                                    EMPLOYEE WELFARE PLAN; WASHINGTON

14                                     MUTUAL BANK; and WASHINGTON MUTUAL. INC.
                                    FLEXIBLE BENEFITS PLAN

15



IT IS SO ORDERED

Judge Susan Illston

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION OF DISMISSAL WITH PREJUDICE